# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00112-APG-GWF |
| Plaintiff, | **ORDER DENYING MOTION TO REVIEW DETENTION ORDER** |
| v. | [ECF No. 13] |
| GERALD LONGMIRE, | |
| Defendant. | |

On May 24, 2019, defendant Gerald Longmire requested I review Magistrate Judge Foley's detention order and release him on home confinement or to the halfway house pending trial. ECF No. 13. The Government filed a 44-word response stating it "has no opposition to a hearing" and "would reserve the right to oppose release."[1] ECF No. 14. Notwithstanding the Government's failure to oppose Mr. Longmire's request, I am required to conduct a de novo review and make an independent determination about detention or release.

A defendant ordered detained by a magistrate judge may file a motion for revocation or amendment of the order. 18 U.S.C. § 3145(b). The district judge reviews a magistrate judge's detention order de novo. *United States v. Koenig*, 912 F.2d 1190, 1192-93 (9th Cir. 1990). "The district court is not required to start over in every case, and proceed as if the magistrate's decision and findings did not exist." *Id*. at 1193. Instead, "[i]t should review the evidence before the magistrate [judge] and make its own independent determination whether the magistrate [judge]'s findings are correct, with no deference." *Id*.

---

[1] The Government's response is not helpful to my decision-making. Reserving the right to oppose something does not mean opposing something. Future filings like this may be deemed a non-opposition or a consent to the defendant's request. But for my obligation to make an independent determination on the defendant's request, I would be tempted to grant Mr. Longmire's request as unopposed.

I have conducted an independent, de novo review of Judge Foley's decision. I have reviewed Judge Foley's Order of Detention Pending Trial and the parties' respective briefs, and I listened to the tape of the detention hearing. Judge Foley's findings and conclusions, as stated during the hearing and in the detention order, are correct. Moreover, Mr. Longmire has not presented any new information that was not known to him at the time of the detention hearing, let alone new information that has a material bearing on the issue of whether there are conditions of release that will reasonably assure his appearance and the safety of the community. 18 U.S.C. § 3142(f). Thus, there is no basis to modify or amend the detention order.

Accordingly, IT IS HEREBY ORDERED that the defendant's Motion to Review Detention Order **(ECF No. 13) is DENIED**.

Dated: June 12, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE