NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
LINDA MOTT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
(702) 388-6059 / FAX: (702) 388-5087
Linda.j.mott@usdoj.gov
*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERALD LONGMIRE,<br><br>Defendant. | Case No. 2:19-cr-00112-APG-EJY<br><br>**MOTION AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

The United States of America by NICHOLAS A. TRUTANICH, United States Attorney for the District of Nevada, and Linda Mott, Assistant United States Attorney, requests pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that the Court enter an order allowing the government to dismiss without prejudice the charges brought against defendant GERALD LONGMIRE contained in the Indictment in case number 2:19-cr-00112-APG-EJY.

DATED this 6th day of January, 2020.

Respectfully submitted,

**IT IS SO ORDERED.**

NICHOLAS A. TRUTANICH
United States Attorney

_____
UNITED STATES DISTRICT JUDGE
Dated: January 7, 2020.

*/s/ Linda Mott*
LINDA MOTT
Assistant United States Attorney